**FULL NAME** Christopher Jurecan Cole Cris Resorables

**COMMITTED NAME (if different)** Christopher Vaughn Cook Junior

**FULL ADDRESS INCLUDING NAME OF INSTITUTION**

**PRISON NUMBER (if applicable)** G05738, A4515, A0869

Related DDJ

FILED
CLERK, U.S. DISTRICT COURT
DEC 30 2024
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION BY DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CASE NUMBER**: intribute 7/11/23 Due

EDCV 24 - 02744 - JVS(E)

PLAINTIFF,

v.

DEFENDANT(S).

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** (Check one)
☐ 42 U.S.C. § 1983
☒ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS strawberries essential

1. Have you brought any other lawsuits in a federal court while a prisoner: ☒ Yes  ☐ No

2. If your answer to "1." is yes, how many? 4/1/19 & 7/11/23

Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.) Continuous dilemma or thoscopal intendency of malpractise date of 7/11/23 strawberries essential & Distress, Punitive descstrikes within held irresponciable accounts of sixth eighth in minimum statitory unlimits through threats in use to violence accumtive fall strickland encontempt per codentized, demonstrated to elective finance inchairs, in suit or insued by withhold degree on merits with known implicated for 6-8-14 constitutionist insanity asylum auxiliariate while the Mayhem towerd of ficial compescito inturim razorblaze to be in racist inflanation rhino-plasty avulsion contusive lesion denmark cosmetic insurible romaint to be left undone or otherwise desolationed by its ambulitent extraction disassociation severe mueror to this disneyforce to be decay avulsions. Two plesties begins for thereafter decayptive amputating glezier shaving crome of the crene disfigures. Excroynetive tailor instigate massive hemoglobin lozenage to turn a uni-like events until approvial, Meete, commissety accompanies exhiloration unprohibit endistribution correspondence in unwelcome, housing ad-sea exemptive horrible moderationist chronic dressing adhesive inflare renegade bandages dispreference advisory explictness for detection to continue strawberries essential. The domestive surgery maljunctive officialyzomjessity a head of its rictashonment exchangement on linen douce contermination illreversal by interactions and interrogation, Malnutrition teddingchaunnisms to category cat food to chop up poisoniouss review encamplence, illegeranged detainment assumed to be attorney client dissaray deframatinist french pathionist incarserated busy the trial falsely excused from testimony. A Blentant immore of extreme belt violence. Indoberning 58 Robert Presly internal affairs Costudian affair in indio afterwise to extreme cutting in dorms. By the sanctions by focus stranger dilemma, then after this handicapped, impairment decieved to this terrible and horrible acquisition with pigment in skin. Biopsy grephting, illegitimacity to beware of quotes hero lof president, effort afford, ble dare break fastness ombred. Force excessify operative positions further court proof ensembles prime facie, literative legit cliegraphry intent furthwise face in the commonsense by withholds of climate change checks and balance endangerful thirstful of legit surgeons value of stopping outring consutings well short with this burden removels assulting cover-ups to being unwellness adhesive rhino-plasty major maljunction vice to for most cosmetic neutrogenist infectatious wound supplements to declaration to terminology enclosure too mainly contusive bloodied withdraws unscabbered/even worse than to skin deffiency bilaterial.

D. CLAIMS*

CLAIM I

The following civil right has been violated:

In deliberative indifference confidence to cause torture, mayhem, harm, deframetionist onleague en valitted commentarys to be committied in the insanity deframationist. There are sixth, eighth, fourteenth, defactive constitutioned envolve against a law abidive civilian incarserated to mid-onl omission. Under these lines majority withstand minoritys at the clash by its abiding classification, claims estelle plummetive sparessment to encouregement rhino-plasty avulsion contusive to have done and over electrified abrasive grade on invitelized cosmetic Peroogesics Ben·dril exclaim es no nusiance aggitation. mini-pirocin, xeroform razorblazer illegalness orthoscoipal malnutrition ponders confiscetion to embalance the fractures septum across defacial ber narritive catashtrahe dements strickland to exoime foreclosure also no nusiance intellect while along extreme renegade, declimete exchange neavily on dressings waundcarriages assoltives behaviorial bad employee figures to increase the spellbound deliberitcy into declarations for malpractise advice to empell criminal entirely of crule also unusual circumstances effordiable Prima, facies also in sole possession are inquired at case by case trial in the firmage ingestion to settlement require at

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without offical citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each compascity no perponderance involved DEFENDANT (by name) did to violate your right.

Retroactive adventure through in court assignment vary distance district of court fees assumed to be ensoles.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

CIVIL RIGHTS COMPLAINT

Page 5 of 6

CV-66 (7/97)

a. Parties to this previous lawsuit:
   Plaintiff _Christopher Cook vs Ironwood, Christopher Cook vs Martain Toctroph etc (captain failure)_
   Defendants _all riverside hospital catashtraches and in county locations Fluence influse employee's at The doctor's clinic a stretuss_

b. Court _Eastern Division_

c. Docket or case number _2:18-cv-10786 - JVS-KK also - JVS-KK upon request twenty million cents_

d. Name of judge to whom case was assigned _James Selna, Kiya Kato, Ich charles_

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _No rewound_

f. Issues raised: _____

g. Approximate date of filing lawsuit: _1/1/19 to be amendition extents 7/11/23 inclined_

h. Approximate date of disposition _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☑ Yes   ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☑ Yes   ☐ No

   If your answer is no, explain why not _____

3. Is the grievance procedure completed? ☑ Yes   ☐ No

   If your answer is no, explain why not _____

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff _Christopher Vaughn Cook_   _alias_
                                                         (print plaintiff's name)

who presently resides at _____
                         (mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at

_Indio, Benning, Southwest Riverside Precint, orthoscarpal Indelibercte_
(institution/city where violation occurred)

_Indifference, Mallpractise, Physchairtrust, Medicinal securer reliefe offical discover For Five hundred thousand dollar or 20,000,000 predicument armstrongs xero affects recise_

Deliberative indifference

on (date or dates) ___7/11/24___, excoriating Progress  Major Malinjunctive
                    (Claim I)         (Claim II)        Malpractise To illiberate
                                  Pretense to suscide              Medicines
                                         Forewarnings   harm to physchaitrist

NOTE: You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant _Riverside hospitals invoke (dermatools) deferra_ resides or works at
   (full name of first defendant) _on arrival Telemedicine_            out dilemma elective
   _____             plasty rhinoscopy
   (full address of first defendant)                                    excoriating repeatial
   _defendant Transmutations Polysporin Bacetrin_ vituperates
   (defendant's position and title, if any) _outside of recommended Petroluim Minipirocin, $_
                                            _internal ineffection Became doxycline-Hyclete_

   The defendant is sued in his/her (Check one or both): ☐ individual ☒ official capacity.
                                                          Twenty million dollar
                                                          Five hundreds thousand dollar
   Explain how this defendant was acting under color of law:
   _self explainitory in lawfirm fourteenth amendtion to the eight_
   _seed Perceedive involves 500,000. Thousand insteke in Twenty_
                                                              million
2. Defendant _Physchaitrist (enstench all lawyers_ resides or works at aireship
   (full name of first defendant)    severe abuso  excoriation while
                                     amputative
   _Blythe, Riverside, Murrieta, Banning, Indio_ cruelty LaJuda
   (full address of first defendant)                     20mg, 40mg, 60n
   _unliscenses to contracts/ hippa violation_  8mg, introsiped
   (defendant's position and title, if any)   adequpte
                                              neglect Southern hemisphere
   The defendant is sued in his/her (Check one or both): ☐ individual ☒ official capacity.
                                                           Twenty million denairo
   Explain how this defendant was acting under color of law:
   _self explainitory eight and fourteenth to encourage rigor_
   _Custodian intelligence inConference litigate no-nuisance_
   _manner Marsden time distifference to photocopies investigence not to be_
                                                              used Physchaitrist
3. Defendant _Providers, Carl, Samson, and all nurse Techni_ resides or works at
   (full name of first defendant)  Erwin, cheryl             bandage redress
   _Indio, riverside, banning, habes corpas, Murriet_ Contaminative
   (full address of first defendant)                 areobics, specialities
                                                     critical staples
   _encare custody outside destonishmaterial_izes tutures, improvidor
   (defendant's position and title, if any)  payne encaragement antibiotics
                                             Percosesic         incaptivity holding
                                             unavarcole          merse stapht
   The defendant is sued in his/her (Check one or both): ☐ individual ☒ official capacity.
                                                         Twenty Million dollar bills    conciense
   Explain how this defendant was acting under color of law:
   _Deliberative indifference Full custody incamgment enforce_
   _to rhinoplasty- Plastic razor physchaitrist Keefe Indigent and_
   _fiskkit razor blaze skin disease Castregratin, arhuse to state_

4. Defendant _Palo verde insignificant_ resides or works at
(full name of first defendant)
_Blythe_
(full address of first defendant)
_hospitalization viral cat-scan & MRI ignitions toward_
(defendant's position and title, if any) _phychic malfunction forced of chest pains,_
_injections forced abrasion avulsion near by force to desk in_
_acquisitioned_

The defendant is sued in his/her (Check one or both): ☐ individual ☒ official capacity. _lawsuit, AGENCY 20,000,000 or 50,000,000 orthopedic bandage discharge_

Explain how this defendant was acting under color of law:
_breaking healthcare cook procedure pledge self explanatory_
_criminal proceeds invoking incarcerations habeas corpus inchoation_
_to release for surgeon rhinoscopy skintransplant neck to nose Aloo cheek implentive_

5. Defendant _Muriette, Banning detention centers_ resides or works at
(full name of first defendant)
_locations in disclose_
(full address of first defendant)
_clinic therapist_
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual ☒ official capacity.
_50,000,000_

Explain how this defendant was acting under color of law:
_Forge to exact.cate OMNICRON be holding to Deliberative infectious_
_while being forewarned to estrange into habitual acquire._
_entangled on or in search to procrastin_
_about previous surgical doxycycline_
_exhaustive and antibiotic_
_grevience clemdamycin, milligram_
_remedials to create worst in a_
_Riverside vs Gray castreting Cuirass_
_failures to succeed until manacles_
_in this fifty million employs._
_denaird on_
_ololership_

## PRISONER AUTHORIZATION

If my request to proceed without prepayment of filing fees is granted, I understand that I am required by statute to pay the full amount of the filing fees for this case, regardless of my forma pauperis status and the disposition of this case. I further authorize the prison officials at this institution to assess, collect and forward to the Court the full amount of these fees, in monthly payments based on the average of deposits to or balance in my prison trust account in accordance with 28 U.S.C. Section 1915.

_____
Prisoner-Plaintiff (Signature)

## CERTIFICATE OF AUTHORIZED OFFICER

I hereby certify that the Prisoner-Plaintiff herein has credit in the sum of $ __0__ on account at the __Cap CHC__ institution where Prisoner-Plaintiff is confined.

I further certify that during the past six months the applicant's average monthly balance was $ __$1735⁰__. I further certify that during the past six months the average of monthly deposits to the applicant's account was $ __$71 47__

A certified copy of the prisoner-plaintiff's trust account statement for the last six (6) months is attached.

__December 27, 2018__               __S. Carrillo__
Date                                Authorized Officer of Institution (Signature)

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.     12-27-18
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY __S. Carrillo__
TRUST OFFICE



CDC: AN0869
PID: 11071910
COOK,
CHRISTOPHER V. JR
09/10/2024    DOB: 03/08/1984



CORCORAN STATE PRISON
NAME Coby Christopher
CDCR NUMBER AN0869
HOUSING 140
PO BOX 8800
CORCORAN, CA 93212

**STATE PRISON GENERATED MAIL**

Accostomed lawsuit Duplicates
Riverside County Court civil
4050 Main Street
Riverside Ca 92501

SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE
4100 MAIN STREET
RIVERSIDE, CA 92501

U.S. District Court
3470 12th St
Riverside, CA. 92501

INDIGENT

S. Del Campo

Lawsuit Files

10/2/69

12/17/24

24 DEC 23 AM
SUPERIOR COURT
COUNTY OF RIV